Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−23990−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William D Reed Jr.
    aka William D Reed
    46 Becker Terrace
    2nd Floor
    Irvington, NJ 07111

Social Security No.:
    xxx−xx−0595

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on September 18, 2017.

    On 09/07/2018 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                  October 11, 2018
Time:                 09:00 AM
Location:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: September 7, 2018
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
William D Reed, Jr.  
    Debtor

Case No. 17-23990-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Sep 07, 2018  
    Form ID: 185    Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.

```
db              +William D Reed, Jr.,    46 Becker Terrace,    2nd Floor,    Irvington, NJ 07111-1311
cr              +NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY,    Phelan Hallinan & Schmieg, PC,
                  400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
intp             New Jersey Department of Human Services,    Division of Family Development,    POB 716,
                  Trenton, NJ  08625-0716
516931062      ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
                 (address filed with court: Chrysler Credit,    5225 Crooks Rd Ste 140,    Troy, MI 48098)
516931051      +Cenlar,    PO Box 77404,    Ewing, NJ 08628-6404
516931055      +Cenlar FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516931052      +Cenlar Federal Savings Bank,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516931054      +Cenlar Federal Savings Bank FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516931056      +Cenlar Loan Administration and Reporting,    PO Box 77409,    Ewing, NJ 08628-6409
516931058      +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
516931059      +Chrysler Capital,    Attn: Bankruptcy Department,    PO Box 961278,    Fort Worth, TX 76161-0278
516931064      +Citibank,    PO Box 6500,    Sioux Falls, SD 57117-6500
516931063      +Citibank,    PO Box 6189,    Sioux Falls, SD 57117-6189
516931065      +Convergant Inc.,    PO Box 9004,    Renton, WA 98057-9004
516931067      +Convergant Outsourcing,    PO Box 9004,    Renton, WA 98057-9004
516931068      +Convergent Outsourcing,    800 Sw 39th Street,    Renton, WA 98057-4975
516931069      +Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
516931070      +Dovenmuehle Mortgage Company,    1501 Woodfield Road,    Schaumburg, IL 60173-6052
516931071      +Dovenmuehle Mortgage Compnay,    1 Corporate Drive,    Suite 360,    Lake Zurich, IL 60047-8945
516931072      +Essex County Child Enforcement,    212 Washington Street,    Newark, NJ 07102-2904
516931074      +Essex County Probation,    60 Evergreen Street,    East Orange, NJ 07018-2106
516931073      +Essex County Probation,    Child Support ENF Unit,    PO Box 372,    Newark, NJ 07101-0372
516931075       Janel Kennedy,    25 Gates Avenue,    Montclair, NJ 07042
516931083      +PSEG,    Cranford Customer Service,    District Office,    PO Box 1023,    Cranford, NJ 07016-1023
516931080      +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
516931079       PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
516931076       Pluese, Becker & Saltzman,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
516931077      +Pluese, Becker, & Saltzman,    Attorneys At Law,    20000 Horizon Way,    Suite 900,
                  Mount Laurel, NJ 08054-4318
516931078      +Plueses, Becker, & Saltzman,    Attorneys At Law,    20000 Horizon Way,    Suite 900,
                  Mount Laurel, NJ 08054-4318
516931089      +Trident Asset Management,    5755 Northpoint Parkway,    Alpharetta, GA 30022-1142
516931088      +Trident Asset Management,    53 Perimeter Center E Ste 4,    Atlanta, GA 30346-2294
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 07 2018 22:59:58      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 07 2018 22:59:56      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516931082      +E-mail/Text: bankruptcy@pseg.com Sep 07 2018 22:59:05      PSEG,    PO Box 490,
                  Cranford, NJ 07016-0490
516931081       E-mail/Text: bankruptcy@pseg.com Sep 07 2018 22:59:05      PSEG,    PO Box 790,
                  Cranford, NJ 07016-0790
516931085      +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 22:57:27      Synchrony Bank,    PO Box 530927,
                  Atlanta, GA 30353-0927
516931084      +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 22:57:30      Synchrony Bank,    PO Box 965024,
                  Orlando, FL 32896-5024
516931086      +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 22:57:27      Synchrony Bank,    PO Box 965015,
                  Orlando, FL 32896-5015
516931087      +E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 22:57:27      Synchrony Bank/Walmart,
                  PO Box 965024,    Orlando, FL 32896-5024
516931092      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 07 2018 22:59:02
                  Verizon,    PO Box 25087,    Wilmington, DE 19899-5087
516931090      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 07 2018 22:59:02
                  Verizon,    PO Box 4830,    Trenton, NJ 08650-4830
516931091      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 07 2018 22:59:03
                  Verizon,    PO Box 4833,    Trenton, NJ 08650-4833
516931093      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 07 2018 22:59:02
                  Verizon,    500 technology Drive,    Saint Charles, MO 63304-2225
516931094       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 07 2018 22:59:03
                  Verizon, New Jersey Inc,    PO Box 165018,    Columbus, OH 43216
516931095       E-mail/PDF: gecsedi@recoverycorp.com Sep 07 2018 22:57:27      Walmart,    PO Box 960023,
                  Dayton, FL 32896
                                                                                              TOTAL: 14
```

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Sep 07, 2018
                              Form ID: 185             Total Noticed: 45


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517176363         NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
516931053*       +Cenlar Federal Savings Bank,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516931057*       +Cenlar Loan Administration and Reporting,    PO Box 77409,    Ewing, NJ 08628-6409
516931061*       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
516931060      ##+Chrysler Capital,    PO Box 189,   Minneapolis, MN 55440-0189
516931066      ##+Convergant Outsourcing,    10750 Hommerly Blvd,   #200,    Houston, TX 77043-2317
                                                                             TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor William D Reed, Jr. bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE
               AGENCY nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```