Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–23990–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William D Reed Jr.
aka William D Reed
46 Becker Terrace
2nd Floor
Irvington, NJ 07111

Social Security No.:
xxx–xx–0595

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 1/10/19 at 10:00 AM

to consider and act upon the following:

*30* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 11/28/2018. (Attachments: # 1 Proposed Order) (Greenberg, Marie–Ann)

*32* – Certification in Opposition to (related document:30 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie–Ann Greenberg. Objection deadline is 11/28/2018. (Attachments: # 1 Proposed Order) filed by Trustee Marie–Ann Greenberg) filed by Herbert B. Raymond on behalf of William D Reed Jr.. (Raymond, Herbert)

Dated: 11/27/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court