Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17–23990–JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
William D Reed Jr.
aka William D Reed
46 Becker Terrace
2nd Floor
Irvington, NJ 07111

Social Security No.:
xxx–xx–0595

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on October 22, 2018.

On 03/29/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                        April 25, 2019
Time:                        08:30 AM
Location:                    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

Accordingly, notice is hereby given that,

1.     Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
       a written rejection to the modified plan.

2.     Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
       of a secure claim, such holders acceptance or rejection of the Plan before modification will
       be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
       holders acceptance or rejection of the Plan within the time fixed.

3.     **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
       the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: April 1, 2019
JAN: nds

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-23990-JKS
William D Reed, Jr.                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: Apr 01, 2019
                             Form ID: 185          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2019.
```
db            +William D Reed, Jr.,   46 Becker Terrace,   2nd Floor,   Irvington, NJ 07111-1311
cr            +CENLAR FSB AS SERVICER FOR NEW JERSEY HOUSING AND,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY,   Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,   Suite 100,   Mt. Laurel, NJ 08054-3437
intp           New Jersey Department of Human Services,   Division of Family Development,   POB 716,
               Trenton, NJ 08625-0716
516931062     ++CHRYSLER FINANCIAL,   27777 INKSTER RD,   FARMINGTON HILLS MI 48334-5326
               (address filed with court: Chrysler Credit,   5225 Crooks Rd Ste 140,   Troy, MI 48098)
516931051     +Cenlar,   P0 Box 77404,   Ewing, NJ 08628-6404
516931052     +Cenlar FSB,   425 Phillips Blvd.,   Trenton, NJ 08618-1430
516931053     +Cenlar Federal Savings Bank,   425 Phillips Blvd.,   Trenton, NJ 08618-1430
516931054     +Cenlar Federal Savings Bank FSB,   425 Phillips Blvd.,   Trenton, NJ 08618-1430
516931056     +Cenlar Loan Administration and Reporting,   PO Box 77409,   Ewing, NJ 08628-6409
516931060     +Chrysler Capital,   PO Box 189,   Minneapolis, MN 55440-0189
516931058     +Chrysler Capital,   P0 Box 961275,   Fort Worth, TX 76161-0275
516931059     +Chrysler Capital,   Attn: Bankruptcy Department,   PO Box 961278,   Fort Worth, TX 76161-0278
516931064     +Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
516931063     +Citibank,   P0 Box 6189,   Sioux Falls, SD 57117-6189
516931065     +Convergant Inc.,   PO Box 9004,   Renton, WA 98057-9004
516931067     +Convergant Outsourcing,   PO Box 9004,   Renton, WA 98057-9004
516931068     +Convergent Outsourcing,   800 Sw 39th Street,   Renton, WA 98057-4927
516931069     +Convergent Outsourcing, Inc.,   PO Box 9004,   Renton, WA 98057-9004
516931070     +Dovenmuehle Mortgage Company,   1501 Woodfield Road,   Schaumburg, IL 60173-6052
516931071     +Dovenmuehle Mortgage Compnay,   1 Corporate Drive,   Suite 360,   Lake Zurich, IL 60047-8945
516931072     +Essex County Child Enforcement,   212 Washington Street,   Newark, NJ 07102-2904
516931073     +Essex County Probation,   60 Evergreen Street,   East Orange, NJ 07018-2106
516931074     +Essex County Probation,   Child Support ENF Unit,   PO Box 372,   Newark, NJ 07101-0372
516931075      Janel Kennedy,   25 Gates Avenue,   Montclair, NJ 07042
516931083     +PSEG,   Cranford Customer Service,   District Office,   PO Box 1023,   Cranford, NJ 07016-1023
516931080     +PSEG,   PO Box 14444,   New Brunswick, NJ 08906-4444
516931079      PSEG,   PO Box 14104,   New Brunswick, NJ 08906-4104
516931076      Pluese, Becker & Saltzman,   20000 Horizon Way,   Suite 900,   Mount Laurel, NJ 08054-4318
516931077     +Pluese, Becker, & Saltzman,   Attorneys At Law,   20000 Horizon Way,   Suite 900,
               Mount Laurel, NJ 08054-4318
516931078     +Plueses, Becker, & Saltzman,   Attorneys At Law,   20000 Horizon Way,   Suite 900,
               Mount Laurel, NJ 08054-4318
516931088     #+Trident Asset Management,   53 Perimeter Center E Ste 4,   Atlanta, GA 30346-2230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 01 2019 23:50:52   U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 01 2019 23:50:50   United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
516931082     +E-mail/Text: bankruptcy@pseg.com Apr 01 2019 23:50:20   PSEG,   PO Box 490,
               Cranford, NJ 07016-0490
516931081      E-mail/Text: bankruptcy@pseg.com Apr 01 2019 23:50:20   PSEG,   PO Box 790,
               Cranford, NJ 07016-0790
516931085     +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2019 23:53:22   Synchrony Bank,   PO Box 530927,
               Atlanta, GA 30353-0927
516931084     +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2019 23:54:12   Synchrony Bank,   P0 Box 965024,
               Orlando, FL 32896-5024
516931086     +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2019 23:54:12   Synchrony Bank,   P0 Box 965015,
               Orlando, FL 32896-5015
516931087     +E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2019 23:53:22   Synchrony Bank/Walmart,
               P0 Box 965024,   Orlando, FL 32896-5024
516931092     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 01 2019 23:50:17
               Verizon,   PO Box 25087,   Wilmington, DE 19899-5087
516931090     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 01 2019 23:50:18
               Verizon,   PO Box 4830,   Trenton, NJ 08650-4830
516931091     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 01 2019 23:50:18
               Verizon,   PO Box 4833,   Trenton, NJ 08650-4833
516931093     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 01 2019 23:50:17
               Verizon,   500 technology Drive,   Saint Charles, MO 63304-2225
516931094      E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 01 2019 23:50:18
               Verizon, New Jersey Inc,   P0 Box 165018,   Columbus, OH 43216
516931095      E-mail/PDF: gecsedi@recoverycorp.com Apr 01 2019 23:53:22   Walmart,   PO Box 960023,
               Dayton, FL 32896
                                                                                          TOTAL: 14
```

District/off: 0312-2              User: admin                Page 2 of 2              Date Rcvd: Apr 01, 2019
                                 Form ID: 185               Total Noticed: 46

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517176363       NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
516931053*     +Cenlar Federal Savings Bank,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516931057*     +Cenlar Loan Administration and Reporting,    PO Box 77409,    Ewing, NJ 08628-6409
516931061*     +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
516931066      ##+Convergant Outsourcing,    10750 Hommerly Blvd,    #200,    Houston, TX 77043-2317
516931089      ##+Trident Asset Management,    5755 Northpoint Parkway,    Alpharetta, GA 30022-1136
                                                                       TOTALS: 1, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2019                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2019 at the address(es) listed below:
          Craig Scott Keiser    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
           craig.keiser@phelanhallinan.com
          Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Herbert B. Raymond    on behalf of Debtor William D Reed, Jr. bankruptcy123@comcast.net,
           raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@
           gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@
           gmail.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Michael Frederick Dingerdissen    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE
           AGENCY nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
           nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR NEW JERSEY HOUSING AND
           MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                          TOTAL: 8