Order Filed on May 1, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone:(973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

In Re:

WILLIAM D. REED, DEBTOR(S)

Case No.: 17-23990 JKS

Adv. No.:

Hearing Date: 3/28/19 @ 10:00 A.M.

Judge: JOHN SHERWOOD

INTERIM ORDER PERTAINING TO CENLAR FSB'S
MOTION TO VACATE THE STAY

The relief set forth on the following pages, two (2) through two (2) is hereby **ORDERED**.

**DATED: May 1, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: William D. Reed, Debtor

Case no.: 17-23990 JKS

Caption of order: Interim Order Pertaining to Cenlar FSB's Motion to Vacate the Stay

_____

    1. The Debtor must pay the sum of $5,000, on or before Monday, April 1, 2019, or Cenlar, FSB ('Cenlar'), may submit a default certification to the Court, on notice to the Debtor, his counsel and the Trustee, seeking stay relief as to the property against which it holds a mortgage.

    2. The Debtor must file a modified plan within a period of seven (7) days, on or before April 4, 2019, consistent with his proposal providing for remaining post-petition arrears to be included in the plan.

    3. The hearing on the plan that is filed by the Debtor as well as Cenlar's motion, shall be adjourned and heard on May 9, 2019, to determine whether the Debtor's proposal may be allowed.