**Order Filed on May 1, 2019 by**
**Clerk U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Herbert B. Raymond, Esq.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone:(973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

In Re:

WILLIAM D. REed, DEBTOR(S)

Case No.: 17-23990 JKS

Adv. No.:

Hearing Date: 3/28/19 @ 10:00 A.M.

Judge: JOHN SHERWOOD

INTERIM ORDER PERTAINING TO CENLAR FSB'S
MOTION TO VACATE THE STAY

The relief set forth on the following pages, two (2) through two (2) is hereby **ORDERED**.

**DATED: May 1, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2

Debtor: William D. Reed, Debtor

Case no.: 17-23990 JKS

Caption of order: Interim Order Pertaining to Cenlar FSB's Motion to Vacate the Stay

_____

    1. The Debtor must pay the sum of $5,000, on or before Monday, April 1, 2019, or Cenlar, FSB ('Cenlar'), may submit a default certification to the Court, on notice to the Debtor, his counsel and the Trustee, seeking stay relief as to the property against which it holds a mortgage.

    2. The Debtor must file a modified plan within a period of seven (7) days, on or before April 4, 2019, consistent with his proposal providing for remaining post-petition arrears to be included in the plan.

    3. The hearing on the plan that is filed by the Debtor as well as Cenlar's motion, shall be adjourned and heard on May 9, 2019, to determine whether the Debtor's proposal may be allowed.

United States Bankruptcy Court
District of New Jersey

In re:  
William D Reed, Jr.  
      Debtor

Case No. 17-23990-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: May 01, 2019  
                           Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.  
db            +William D Reed, Jr.,    46 Becker Terrace,    2nd Floor,    Irvington, NJ 07111-1311

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2019 at the address(es) listed below:  
       Craig Scott Keiser    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY  
        craig.keiser@phelanhallinan.com  
       Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Herbert B. Raymond    on behalf of Debtor William D Reed, Jr. herbertraymond@gmail.com,  
        raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Michael Frederick Dingerdissen    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE  
        AGENCY nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY  
        nj.bkecf@fedphe.com  
       Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR NEW JERSEY HOUSING AND  
        MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com  
       Robert Davidow    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY  
        nj.bkecf@fedphe.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 9