Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 17–23990–JKS
                Chapter: 13
                Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    William D Reed Jr.
    aka William D Reed
    46 Becker Terrace
    2nd Floor
    Irvington, NJ 07111

Social Security No.:
    xxx–xx–0595

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/17/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 17, 2019
JAN: mg

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-23990-JKS
William D Reed, Jr.                                                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Jun 17, 2019
                              Form ID: 148             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
```
db            +William D Reed, Jr.,    46 Becker Terrace,   2nd Floor,    Irvington, NJ 07111-1311
cr            +CENLAR FSB AS SERVICER FOR NEW JERSEY HOUSING AND,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY,    Phelan Hallinan & Schmieg, PC,
               1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
cr            +NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY,    Phelan Hallinan & Schmieg, PC,
               400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
intp           New Jersey Department of Human Services,    Division of Family Development,    POB 716,
               Trenton, NJ   08625-0716
516931051     +Cenlar,    P0 Box 77404,   Ewing, NJ 08628-6404
516931055     +Cenlar FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516931052     +Cenlar Federal Savings Bank,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516931054     +Cenlar Federal Savings Bank FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516931056     +Cenlar Loan Administration and Reporting,     PO Box 77409,   Ewing, NJ 08628-6409
516931060     +Chrysler Capital,    PO Box 189,   Minneapolis, MN 55440-0189
516931070     +Dovenmuehle Mortgage Company,    1501 Woodfield Road,    Schaumburg, IL 60173-6052
516931071     +Dovenmuehle Mortgage Compnay,    1 Corporate Drive,    Suite 360,   Lake Zurich, IL 60047-8945
516931072     +Essex County Child Enforcement,    212 Washington Street,    Newark, NJ 07102-2904
516931073     +Essex County Probation,    Child Support ENF Unit,    PO Box 372,   Newark, NJ 07101-0372
516931074     +Essex County Probation,    60 Evergreen Street,    East Orange, NJ 07018-2106
516931075      Janel Kennedy,    25 Gates Avenue,    Montclair, NJ 07042
516931083     +PSEG,    Cranford Customer Service,    District Office,    PO Box 1023,   Cranford, NJ 07016-1023
516931080     +PSEG,    PO Box 14444,   New Brunswick, NJ 08906-4444
516931079      PSEG,    PO Box 14104,   New Brunswick, NJ 08906-4104
516931076      Pluese, Becker & Saltzman,    20000 Horizon Way,    Suite 900,   Mount Laurel, NJ 08054-4318
516931077     +Pluese, Becker, & Saltzman,    Attorneys At Law,    20000 Horizon Way,    Suite 900,
               Mount Laurel, NJ 08054-4318
516931078     +Plueses, Becker, & Saltzman,    Attorneys At Law,    20000 Horizon Way,    Suite 900,
               Mount Laurel, NJ 08054-4318
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 17 2019 23:56:26      U.S. Attorney,    970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 17 2019 23:56:23      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516931062      EDI: CHRYSLER.COM Jun 18 2019 03:28:00      Chrysler Credit,    5225 Crooks Rd Ste 140,
               Troy, MI 48098
516931058     +EDI: CHRM.COM Jun 18 2019 03:28:00      Chrysler Capital,    P0 Box 961275,
               Fort Worth, TX 76161-0275
516931059     +EDI: CHRM.COM Jun 18 2019 03:28:00      Chrysler Capital,    Attn: Bankruptcy Department,
               PO Box 961278,   Fort Worth, TX 76161-0278
516931064     +EDI: CITICORP.COM Jun 18 2019 03:28:00      Citibank,    PO Box 6500,
               Sioux Falls, SD 57117-6500
516931063     +EDI: SEARS.COM Jun 18 2019 03:28:00      Citibank,    P0 Box 6189,   Sioux Falls, SD 57117-6189
516931065     +EDI: CONVERGENT.COM Jun 18 2019 03:28:00      Convergant Inc.,    PO Box 9004,
               Renton, WA 98057-9004
516931066     +EDI: CONVERGENT.COM Jun 18 2019 03:28:00      Convergant Outsourcing,    10750 Hommerly Blvd,
               #200,   Houston, TX 77043-2317
516931067     +EDI: CONVERGENT.COM Jun 18 2019 03:28:00      Convergant Outsourcing,    PO Box 9004,
               Renton, WA 98057-9004
516931068     +EDI: CONVERGENT.COM Jun 18 2019 03:28:00      Convergant Outsourcing,    800 Sw 39th Street,
               Renton, WA 98057-4927
516931069     +EDI: CONVERGENT.COM Jun 18 2019 03:28:00      Convergant Outsourcing, Inc.,    PO Box 9004,
               Renton, WA 98057-9004
516931082     +E-mail/Text: bankruptcy@pseg.com Jun 17 2019 23:55:30      PSEG,    PO Box 490,
               Cranford, NJ 07016-0490
516931081      E-mail/Text: bankruptcy@pseg.com Jun 17 2019 23:55:30      PSEG,    PO Box 790,
               Cranford, NJ 07016-0790
516931085     +EDI: RMSC.COM Jun 18 2019 03:28:00      Synchrony Bank,    PO Box 530927,
               Atlanta, GA 30353-0927
516931084     +EDI: RMSC.COM Jun 18 2019 03:28:00      Synchrony Bank,    P0 Box 965024,
               Orlando, FL 32896-5024
516931086     +EDI: RMSC.COM Jun 18 2019 03:28:00      Synchrony Bank,    P0 Box 965015,
               Orlando, FL 32896-5015
516931087     +EDI: RMSC.COM Jun 18 2019 03:28:00      Synchrony Bank/Walmart,    P0 Box 965024,
               Orlando, FL 32896-5024
516931092     +EDI: VERIZONCOMB.COM Jun 18 2019 03:28:00      Verizon,    PO Box 25087,
               Wilmington, DE 19899-5087
516931090     +EDI: VERIZONCOMB.COM Jun 18 2019 03:28:00      Verizon,    PO Box 4830,   Trenton, NJ 08650-4830
516931091     +EDI: VERIZONCOMB.COM Jun 18 2019 03:28:00      Verizon,    PO Box 4833,   Trenton, NJ 08650-4833
516931093     +EDI: VERIZONCOMB.COM Jun 18 2019 03:28:00      Verizon,    500 technology Drive,
               Saint Charles, MO 63304-2225
```

```
District/off: 0312-2          User: admin              Page 2 of 2                  Date Rcvd: Jun 17, 2019
                              Form ID: 148             Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516931094      EDI: VERIZONCOMB.COM Jun 18 2019 03:28:00      Verizon, New Jersey Inc,    P0 Box 165018,
                Columbus, OH 43216
516931095      EDI: RMSC.COM Jun 18 2019 03:28:00      Walmart,    PO Box 960023,    Dayton, FL 32896
                                                                                                 TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517176363         NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
516931053*       +Cenlar Federal Savings Bank,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
516931057*       +Cenlar Loan Administration and Reporting,    PO Box 77409,    Ewing, NJ 08628-6409
516931061*       +Chrysler Capital,    PO Box 961275,    Fort Worth, TX 76161-0275
516931089      ##+Trident Asset Management,    5755 Northpoint Parkway,    Alpharetta, GA 30022-1136
516931088      ##+Trident Asset Management,    53 Perimeter Center E Ste 4,    Atlanta, GA 30346-2230
                                                                                 TOTALS: 1, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
              Craig Scott Keiser    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
               craig.keiser@phelanhallinan.com
              Denise E. Carlon    on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor William D Reed, Jr. herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE
               AGENCY nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    CENLAR FSB AS SERVICER FOR NEW JERSEY HOUSING AND
               MORTGAGE FINANCE AGENCY nj.bkecf@fedphe.com
              Robert Davidow    on behalf of Creditor    NEW JERSEY HOUSING AND MORTGAGE FINANCE AGENCY
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```